AO 450 (Rev. 5/85) Judgment in a Civil Case ⊛

# United States District Court
EASTERN DISTRICT OF WISCONSIN

JAMES A. JAEGER,

        Plaintiff,

**JUDGMENT IN A CIVIL CASE**

v.

Case No. 06-C-0859

BALL METAL BEVERAGE
CONTAINER CORPORATION,

        Defendant.

☐     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒     **Decision by Court.** This action came before the Court for consideration.

    **IT IS HEREBY ORDERED AND ADJUDGED** that the Court having reviewed the Amended Complaint, Answer, and the Parties' executed Settlement Agreement, concludes that the Settlement Agreement is fair. Plaintiff shall take judgment against Defendant Ball Metal Beverage Container Corporation for the amount described in the Confidential Settlement Agreement.

    **IT IS FURTHER ORDERED AND ADJUDGED** that the settlement amount to be paid to Plaintiff constitutes wages, and therefore normal payroll taxes and withholdings will be deducted pursuant to state and federal law. Said payment shall be made to Plaintiff within 10 days of the Court's Order approving the Stipulated Judgment.

    **IT IS FURTHER ORDERED AND ADJUDGED** that counsel for Plaintiff will receive the amount identified in the Confidential Settlement Agreement as attorney's fees for all work performed on behalf of Plaintiff, issued on IRS Form 1099. Said payment shall be made to Plaintiff's counsel within 10 days of the Court's Order approving the Stipulated Judgment.

    **IT IS FURTHER ORDERED AND ADJUDGED** that this action is dismissed with prejudice on the merits and without further costs to any party.

Approved:   /s/ William E. Callahan, Jr.
            WILLIAM E. CALLAHAN, JR.
            United States Magistrate Judge


Dated this 26th day of September 2006, at Milwaukee, Wisconsin.

                           SOFRON B. NEDILSKY
                           Clerk

                           s/ Rita Zvers
                           Deputy Clerk